## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| 631 NORTH BROAD STREET LP, | : | No. 228 EAL 2019 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| CONGREGATION RODEPH SHALOM, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.